UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA         \*
                                 \*
     v.                          \*     No. 09-CR-0030-GZS
                                 \*
EDWARD BROWN, Defendant           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S RESPONSE (ASSENT) TO MOTION FOR INTERVIEW

The Defendant EDWARD BROWN, has advised undersigned counsel that he does not object to the relief requested in the Motion to Intervene/for Interview by Kristen Senz (Document No. 179).

Date:  August 3, 2009            Respectfully submitted
                                 EDWARD BROWN by his counsel,
                                 Brennan Caron Lenehan & Iacopino
                                 /s/Michael J. Iacopino
                                 By: Michael J. Iacopino Esq.  (NH 1233)
                                 Brennan Caron Lenehan & Iacopino
                                 85 Brook Street
                                 Manchester N.H.   03104
                                 (603) 668-8300
                                 Miacopino@bclilaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, the above document was served electronically via ECF on all counsel of record, including Assistant Federal Defender, Bjorn Lange, Assistant United States Attorney, Arnold Huftalen, Assistant United States Attorney, Terry Ollila and to Kristen Senz at P.O. Box 554, Newbury, N.H. 03255.

                                 s/Michael J. Iacopino
                                 By: Michael J. Iacopino Esq.  (NH 1233)