UNITED STATES OF AMERICA
DISTRICT OF NEW HAMPSHIRE

_____  )
                                     )
UNITED STATES OF AMERICA             )
                                     )
        V.                           )    No. 09-Cr-30-02-GZS
                                     )
ELAINE BROWN                         )
_____  )

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Elaine Brown through counsel respectfully moves that the sentencing hearing be continued from September 3, 2009 to on or after October 2, 2009, so that she and counsel can review pertinent portions of the trial transcript, which should be completed by then, and so that counsel can keep her timely advised about his efforts to get a new trial.

Neither the government nor counsel for Edward Brown opposes the relief sought herein.

No memorandum accompanies this motion because it is unopposed.

WHEREFORE, it is respectfully moved that the Court grant said relief and such other and further relief as may be just.

|  |  |
|---|---|
|  | Respectfully submitted, <br> ELAINE BROWN <br> By Her Attorney, |
| Date: August 18, 2009 | /s/ Bjorn Lange <br> Bjorn Lange (NHBA: 1426) <br> Assistant Federal Public Defender <br> Federal Defender Office <br> 22 Bridge Street <br> Concord, NH  03301 <br> Tel. 603-226-7360 <br> Bjorn_Lange@fd.org |

## CERTIFICATE OF SERVICE

    I Bjorn Lange hereby certify that on August 18, 2009, a copy of the foregoing was sent via ECF to AUSA Terry L. Ollila, AUSA Arnold H. Huftalen, and Attorney Michael J. Iacopino and that a copy will be hand-delivered to Elaine Brown at the Strafford County Department of Corrections.

                                            <u>/s/ Bjorn Lange</u>