CAUSE/CASE NUMBER; 06-CR-00071/02-SM    U.S. DISTRICT COURT
                                         09-cr-00030-01/02 DISTRICT OF N.H.
In the matter of:                                          FILED

Edward Lewis Brown            )       COUNTY OF _____
c/o Strafford County DOC      )                    2009 AUG 24 P 12: 10
266 County Farm Rd.           )       STATE OF NEW HAMPSHIRE
Dover, N.H. 03820             )
                              )

# NOTICE OF REVOCATION OF POWER OF ATTORNEY & SIGNATURES

*In the Common Law and for the record, know all men by these presents:*

THAT I, <u>Edward Lewis Brown</u> (hereinafter known as 'Signer'), declare that **all power of attorney** executed, presumed or assumed by:

the corporation of the **UNITED STATES INTERNAL REVENUE SERVICE** and;
the corporation of the **DEPARTMENT OF INTERNAL REVENUE** and;
the corporation of the **UNITED STATES DEPARTMENT OF TREASURY** and;
the corporation of the **UNITED STATES OF AMERICA** and;
the corporation of the **UNITED STATES FEDERAL RESERVE** and;
the corporation of the **SECRETARY OF STATE** for the corporation of the **STATE OF NEW HAMPSHIRE** and;
the corporation of the **COUNTY OF** <u>GRAFTON</u> and;
the corporation of the **COUNTY OF** <u>SULLIVAN</u> (where arrest took place) and;
the corporation of the **STATE OF NEW HAMPSHIRE**;

…and all sole and aggregate corporate subsidiaries and employees and for each, thereof, by which the undersigned Signer constituted attorney for the purpose set forth in said power of attorney thru all contracts with the corporation of the **COUNTY OF** <u>GRAFTON</u> and the corporation of the **COUNTY OF** <u>Sullivan</u> and the corporation of the **STATE OF NEW HAMPSHIRE** to include 'license' to drive, 'social security' card (license), 'certificate' of property 'title' and 'certificate' of birth where licenses are voluntary and certificates are by color of title, and all other and similar 'benefits' or acts establishing power of attorney in any manner **is hereby wholly revoked, extinguished, cancelled, and all signatures thereon, made null and void** as declared and signed on this day and date of <u>August 20</u>, 2009 A.D., and with praise to the goodness or our creator on this day.

All Rights Reserved and Without Prejudice.

By: _____
Edward-Lewis: Brown, Signer, Principal, Beneficiary,
Authorized Representative on behalf of
EDWARD L BROWN©, Ens legis

**Witnesses:**
On this day, Signer personally appeared before me and proved to me on the basis of satisfactory Evidence or personally known to be the man/woman whose name is subscribed above.

_____ Date; 8/20, 2009
JASON Schalebaum
Print name                                                        Thumbprint

_____ Date; 8-20, 2009
Larry Beauchesne
LARRY BEAUCHESNE
Print name

_____ Date; 8-20, 2009
Scott-Nicholas: Rogers
Scott-Nicholas: Rogers©
Print name

Notice of Revocation of Power of Attorney & Signatures    Item 080409-1/ELB