CASE NUMBER 09-CR-00030-01/02-GSZ

06-ED-00021-01/02-SM

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2009 AUG 24 P 12: 10

In the matter of:

Elaine Alice:Brown©            )        COUNTY OF STRAFFORD
c/o 266 County Farm Rd.        )
Dover, N.H. 03820              )        STATE OF NEW HAMPSHIRE

# NOTICE OF REVOCATION OF POWER OF ATTORNEY & SIGNATURES

*In the Common Law and for the record, know that all men by these presents:*

That I, Elaine Alice:Brown© (hereinafter known as 'Signer'), declare that **all power of attorney** executed, presumed or assumed by:

the corporation of the **UNITED STATES REVENUE SERVICE** and:
the corporation of the **DEPARTMENT OF INTERNAL REVENUE** and:
the corporation of the **UNITED STATES DEPARTMENT OF TREASURY** and;
the corporation of the **UNITED STATES OF AMERICA** and;
the corporation of the **UNITED STATES FEDERAL RESERVE** and;
the corporation of the **SECRETARY OF STATE** for the corporation of the **STATE OF NEW HAMPSHIRE** and:
the corporation of the **COUNTY OF SULLIVAN** and;
the corporation of the **COUNTY OF GRAFTON** and;
the corporation of the **STATE OF NEW HAMPSHIRE**;

…and all sole and aggregate corporate subsidiaries and employees and for each, thereof, by which the undersigned Signer constituted attorney for the purpose set forth in said power of attorney through all contracts with the corporation of the **COUNTY OF SULLIVAN** and the corporation of the **COUNTY OF GRAFTON** and the corporation of the **STATE OF NEW HAMPSHIRE** to include 'license' to drive, 'social security' card (license), 'certificate' of property 'title' and 'certificate' of birth where licenses are voluntary and certificates are by color of title, and all other and similar 'benefits' or acts establishing power of attorney in any manner **is hereby wholly revoked, extinguished, cancelled, and all signatures thereon, made null and void** as declared and signed on this day and date of ___August 19___, 2009A.D., and with praise to the goodness of our Creator on this day.

All Rights Reserved and Without Prejudice:

By: ___Elaine-Alice:Brown©___
Elaine Alice:Brown©, Signer, Principal, Beneficiary
Authorized Representative on behalf of
ELAINE BROWN©. Ens legis

**Witnesses:**
On this day, Signer personally appeared before me and proved to me on the basis of satisfactory evidence or personally known to be the man whose name is subscribed above.

___Nina M Skidds___           Date  8-19-09
___Jaie Sanborn___            Date  8-19-09
___Linda S. LaFond___         Date  8-19-09