September 4, 2009                                   UCC-1#2007009134K
                                                            009821

    For:    James Starr, d/b/a Clerk of Court
           UNITED STATES DISTRICT COURT
           DISTRICT OF NEW HAMPSHIRE
           55 Pleasant St.
           Concord N.H. [03301]

    From:  Edward-Lewis:Brown©, Creditor
            Elaine-Alice:Brown©, Creditor
            c/o 266 County Farm Rd.
            Dover, N.H. [03820]

RE: UNITED STATES OF AMERICA v. EDWARD BROWN and ELAINE BROWN
    Case #06-CR-00071-01/02-SM, 09-CR-00030-01/02-GZS

## Notice of Refusal of Judgment

Edward-Lewis:Brown© and Elaine-Alice:Brown©, living, sentient, flesh-and-blood man and woman, Creditors and Secured Parties for the legal fictions, EDWARD BROWN and ELAINE BROWN, with unlimited commercial liability, are neither the sureties nor the accommodation parties for the above noted legal fictions. We hereby aver that we refuse for cause without dishonor the judgment of this court.

Causes:

The court's obvious bias against the defendants, EDWARD BROWN and ELAINE BROWN, and against Edward-Lewis:Brown© and Elaine-Alice:Brown©.

The court's obvious bias in favor of the U.S. Attorneys.

The court's denial of all pre-trial notices.

The court's denial of all pre-trial affidavits to the U.S. Attorney, allowing the U.S. Attorney to fail to rebut said affidavits without accountability, in violation of law.

The court's refusal of justification testimony by the Creditors.

The court's refusal to prove jurisdiction when challenged, as required by law.

The court's conducting barratry along with the U.S. Attorney.

The judge's offensive and rude remarks to the defendants' witnesses.

The jury selection process being inappropriate and staged, consisting of those of predetermined bias against the defendants.

The denial of jury nullification.

Removal of the jury each time Edward-Lewis:Brown© attempted to tell the whole truth, so help me God, as so sworn as mandated by the court.

The court's allowing the news media to demonize the defendants, while gagging the "defendants'" responses.

The court disallowed defendants counsel of their choice, as mandated in the U.S. Constitution.

Repeatedly refused the termination of his counsels on the demand of Edward-Lewis:Brown© and Elaine-Alice:Brown©, in both trial and pre-trial.

Court refused the use of the proper names in addressing us.

Refused lawful abatement due to misnomer.

Judge Singal presided over the trial of Danny Riley, Jason Gerhard, and Cirino Gonzales, and was thus predisposed against us, biased in favor of the U.S. Attorney, and should have recused himself.

This trial was the result of the unlawful conviction in 2007, wherein the defendants were tried for violating: (1) a law that does not exist (payment of income tax on the earnings of one's labor); (2) a law that does not apply to the defendants and is also in contradiction to the maxims of law that one must be aware that an action is a crime, and that one must knowingly and willingly commit said crime (structuring).

Edward-Lewis:Brown© and Elaine-Alice:Brown© maintain our position that we are not the legal fictions EDWARD BROWN and ELAINE BROWN, and are thus held unlawfully.

Although all pre-trial motions, notices and affidavits have been summarily denied, the courts have been notified of our position and of our supporting documentation.

These courts are military courts, as self-admitted by said courts by virtue of the military flag present in the courtrooms, administering the bankruptcy.

We have never consented, we do not consent, we will never consent.

_____
Edward-Lewis:Brown©, Secured Party
Creditor, Holdler-in-due-Course with
unlimited commercial liability

_____
Elaine-Alice:Brown©, Secured Party
Creditor, Holder-in-due-Course with
unlimited commercial liability

3