September 4, 2009                                UCC-1#20070029134K
                                                 009821

        For:    James Starr
               d/b/a Clerk of Court
               UNITED STATES DISTRICT COURT
               55 Pleasant St.
               Concord, N.H. [03301]

        From:  Edward-Lewis:Brown©, Creditor
               Elaine-Alice:Brown©, Creditor
               c/o 266 County Farm Rd.
               Dover, N.H. [03820]

RE: UNITED STATES OF AMERICA v. EDWARD BROWN and ELAINE BROWN
    Case #06-CR-00071-01/02-SM, 09-CR-00030-01/02-GSZ

### Notice of PSI Refusal/Secured Party Creditor Response

The living, sentient, free-will natural man and woman known as Edward-Lewis:Brown© and Elaine-Alice:Brown©, Secured Parties, Creditors for the legal fictions defendants, EDWARD BROWN and ELAINE BROWN, and Holders-in-due-Course with unlimited commercial liability, are neither the sureties nor the accommodation parties for the above noted legal fictions. We hereby aver that we refuse for cause without dishonor the Presentencing Investigation Report for EDWARD BROWN, and reaffirm the position of Elaine-Alice:Brown© regarding her response to the PSI for ELAINE BROWN.

### Refusal/reaffirmation

1. PSI's are mostly a rehash of the U.S. Attorney's statements and evidence in the trial.

2. PSI's are blatantly biased against the defendants.

3. The PSI of EDWARD BROWN recommends departure above, but the PSI of ELAINE BROWN does not recommend departure below.

4. PSI's are the result of a sham trial which has no jurisdiction over the Secured Parties Creditors. (Note: New Hampshire RSA123.1 and 40USC255).

5. Edward-Lewis:Brown© and Elaine-Alice:Brown© never have consented, do not consent to these proceedings, and never will consent.

6. Elaine-Alice:Brown© did, in her response to the PSI of ELAINE BROWN state her position as Secured Party Creditor for the ELAINE BROWN, and not the defendant herself.

7. Edward-Lewis:Brown© and Elaine-Alice:Brown© have never entered a plea.

8. Edward-Lewis:Brown© and Elaine-Alice:Brown© have never been allowed our proper counsel of choice, which continues to this day.

9. Edward-Lewis:Brown© and Elaine-Alice:Brown © maintain our position that we are not defendants, are not felons, and thus this incarceration is against the wrong parties.

10. The UNITED STATES OF AMERICA/UNITED STATES is a bankrupt corporation as of June 5, 1933, and the courts are acting on behalf of said bankrupt corporation.

11. All U.S. Code is copywritten by West Law and other British companies, thus unavailable to anyone except those authorized parties, such as members of the British Accredited Registry (BAR) associations.

12. The above places any respondent to allegations from government agencies, into a position of impossibility, as any defendant presenting himself to any court in his own stead, is not allowed access or does not understand this law or these procedures.

13. The people's law in this country is the constitution common law, which is no longer practically available.

14. Refer to enclosed **"Notice of Refusal of Judgment."** for more.

15. Edward-Lewis:Brown©, on September 4, 2009, was lied to by the U.S. Marshals, in that I was told I was being taken to the optometrist for glasses, but instead was taken to court with no notice, thus no opportunity for preparation.

16. Etc. etc. etc.

17. **Edward-Lewis:Brown© did not receive the EDWARD BROWN's PSI until September 2, 2009, twenty-eight days prior to sentencing hearing, whereas thirty-five days are required by law.**

*[signature]*
Edward-Lewis:Brown©, Secured Party
Creditor, Holder-in-due-Course with
unlimited commercial liability

*[signature]*
Elaine-Alice:Brown©, Secured Party
Creditor, Holder-in-due-Course with
unlimited commercial lilability