UNITED STATES OF AMERICA
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | No. 09-Cr-30-02-GZS |
| ) | |
| ELAINE BROWN ) | |
| _____) | |

### DEFENDANT'S NOTICE OF APPEAL

Defendant Elaine Brown through counsel respectfully appeals to the First Circuit Court of Appeals the convictions and sentences imposed on October 2, 2009.

Respectfully submitted,
ELAINE BROWN
By Her Attorney,

Date: October 2, 2009

/s/ Bjorn Lange
Bjorn Lange (NHBA: 1426)
Assistant Federal Public Defender
Federal Defender Office
22 Bridge Street
Concord, NH  03301
Tel. 603-226-7360
Bjorn_Lange@fd.org

### CERTIFICATE OF SERVICE

I Bjorn Lange hereby certify that on October 2, 2009, a copy of the foregoing was sent via ECF to AUSA Terry L. Ollila, AUSA Arnold H. Huftalen, and Attorney Michael J. Iacopino and that a copy will be mailed to Elaine Brown at the Strafford County Department of Corrections.

/s/ Bjorn Lange