Edward-Lewis:Brown© living soul/man; Elaine-Alice:Brown©, living soul/woman
c/o 266 County Farm Rd.
Dover, New Hampshire [near 03820]

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2009 OCT -2 P 12: 04

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE *verus in totus*
c/o clerk of court *verus in totus*

ORDER FOR WRIT OF HABEAS CORPUS AND NOTICE OF HEARING
In re: RESTRAINT OF LIBERTY/FREEDOM BY AGENT(S) of UNITED STATES OF AMERICA, living soul/man, *et al*

Edward-Lewis:Brown©, Elaine-Alice:Brown©, living souls/man/woman
real parties of interest under injury
Claimant

v.

AGENT(S) of UNITED STATES OF AMERICA, living soul/man/woman
Respondent (s)

Case No. 06-CR-00071-01/02-SM; 09-CR-00030-01/02-GZS

Judge: _____   Case Number: _____

AGENT(S) of UNITED STATES OF AMERICA, you are hereby commanded under this Writ of Habeas Corpus to appear in the above court at the location of 55 Pleasant St., Concord, New Hampshire, on the _____ day _____ month, 20____, at the time of _____, in such room as the clerk may direct and to return this writ verified true, correct, and complete, and not misleading.

1. AGENT(S) OF UNITED STATES OF AMERICA, you are hereby commanded under this Writ of Habeas Corpus to there and then produce and disclose the body corpus of Edward-Lewis:Brown© and Elaine-Alice:Brown©, living souls/man/woman whom you are holding under restraint of liberty, as to the lawful nature and cause of the restraint of liberty if any there be.

2. AGENT(S) OF UNITED STATES OF AMERICA, you are hereby commanded under this Writ of Habeas Corpus that all attached questions must be answered under pains and penalties of perjury verified true, correct, and complete, and not misleading. Failure to so certify said answers will be deemed as a non-response to the questions. A non-responsive answer to any question set forth herein will be deemed a non-response to all questions herein.

3. If for any reason(s) the disclosure and/or release of any information demanded under this writ is exempt, you are hereby commanded to state the applicable authority by which you would be bound to non-disclosure.

4. Should you fail or refuse to provide a true sworn, accurate and complete answer under the pains and penalty of perjury to the questions attached hereto forthwith, the court shall construe said failure as a failure to prosecute, a request to dismiss, and constructive intent by Respondent(s) to enter a *nolle prosequi* by tacit procuration.

5. If such restraint is found to be without cause and unlawful, the court will order the immediate release and discharge of Claimant and Claimant's collateral and property from Respondent's restraint and will order the immediate discharge of all restraints, impounds, liens, suits, duties, and all other such obligations.

WITNESS my hand and official seal this __30__ day of __September__ month, 20__09__.

Clerk of the Court.

My Commission Expires June 17 2014

Submitted this the __30__ day of __Sept__ of 20__09__

_Edward-Lewis:Brown©_
Edward-Lewis:Brown©, Claimant, real party in interest under injury

_Elaine-Alice:Brown©_
Elaine-Alice:Brown©, Claimant, real party of interest under injury