## Addendum to Writ of Habeas Corpus
## Questions to Determine the Jurisdiction, Authority, Nature and Cause
## of the Respondent's Restraint of the Claimant's Freedom/Liberty

PARTIES

CLAIMANT
1. Is there any evidence that the true and correct spelling of Claimants, names are not Edward-Lewis:Brown© and/or Elaine-Alice:Brown©?
2. If the answer to #1 is yes, where is the record of the evidence filed?
3. If the answer to #1 is no, were you aware that no such evidence existed when you restrained the freedom/liberty of Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, a living man/woman?
4. If you were aware that no such evidence existed, why would you use fictional names in reference to Claimants?
5. If you were aware that no such evidence existed, why would you attempt to impose a liability on Edward-Lewis:Brown© and/or Elaine-Alice:Brown© using fictitious names?
6. Is there any evidence that an Affidavit of Truth or other instrument is filed into the public record substantiating any claim of obligation of Edward-Lewis:Brown© and/or Elaine-Alice:Brown© to Respondent(s), the United States, or any other party to this Writ of Habeas Corpus?
7. Is there any evidence that the Claimants are not a living man and a living woman?
8. If the answer to #7 is yes, where is the record of the evidence filed?
9. Is there any evidence that the Claimants are not a man/woman on the land?
10. If the answer to #9 is yes, where is the record of the evidence filed?

UNITED STATE PERSON/VESSEL
11. Is there any evidence that EDWARD BROWN© and/or ELAINE BROWN© are not fictional creations of the UNITED STATES operating for profit and gain under limited liability?
12. If the answer to #11 is yes, where is the record of the evidence filed?
13. Is there any evidence that EDWARD BROWN© AND/OR ELAINE BROWN © are not UNITED STATES vessels?
14. If the answer to #13 is yes, where is the record of the evidence filed?
15. Is there any evidence that EDWARD BROWN© and Edward-Lewis:Brown©, the Claimant, are the same legal entities and that ELAINE BROWN© and Elaine-Alice:Brown© , the Claimant are the same legal entities?
16. If the answer to #15 is yes, where is the record of the evidence filed?

SECURED PARTY
17. Is there any evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, the Claimants, are surety for legal fiction, EDWARD BROWN© and/or ELAINE BROWN©?
18. If the answer to #17 is yes, where is the record of the evidence filed?
19. Is there any evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown© are "individuals," "resident individuals," "nonresident individuals," "part-year resident individuals," "part-year resident trusts," "resident estates," "resident trusts," "nonresident estates," "nonresident trusts," "persons," "qualified taxpayers" or "citizens" of or relative to the UNITED STATES or the STATE OF NEW HAMPSHIRE?
20. If the answer to #19 is yes, where is the record of the evidence filed?
21. Is there any evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown© are creditors to the UNITED STATES and/or the STATE OF NEW HAMPSHIRE?
22. If the answer to #21 is yes, where is the record of the evidence filed?
23. Is there any evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown© are not creditors to the UNITED STATES and/or the STATE OF NEW HAMPSHIRE?
24. If the answer to #23 is yes, where is the record of the evidence filed?

RESPONDENT(S)

25. Is there any evidence that AGENT(S) of UNITED STATES OF AMERICA is a real party in interest with standing to restrain the freedom/liberty of Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, their collateral or concerns?
26. If the answer to #25 is yes, where is the record of the evidence filed?
27. Is there any evidence that legal fictions AGENT(S) OF UNITED STATES OF AMERICA can reach parity with Edward-Lewis:Brown©, a living man, and/or Elaine-Alice:Brown©, a living woman?
28. If the answer to #27 is yes, where is the record of the evidence filed?

## VENUE

29. Is there any evidence that Respondent(s) are foreign to the venue of the United States District Court of New Hampshire?
30. If the answer to #29 is yes, where is the record of the evidence filed?
31. Is there any evidence that the restraint of Edward-Lewis:Brown©'s and Elaine-Alice:Brown©'s freedom/liberty by Respondent(s) was/is foreign to the venue of the United States District Court of New Hampshire?
32. If the answer to #31 is yes, where is the record of the evidence filed?
33. Is there any evidence that the administrative [judicial] procedures exerted by Respondents against the living man, Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, are foreign to the venue of the United States District Court of New Hampshire?
34. If the answer to #33 is yes, where is the record of the evidence filed?

## JURISDICTION

35. Is there any evidence that Respondents collectively or severally have any grant of jurisdiction over the living man, Edward-Lewis:Brown© and/or the living woman, Elaine-Alice:Brown©, constructive or in fact?
36. If the answer to #35 is yes, where is the record of the evidence filed.
37. Is there any evidence that Respondents collectively or severally have any subject matter jurisdiction over the property, rights and concerns of the living man, Edward-Lewis:Brown© and/or the living woman, Elaine-Alice:Brown©?
38. If the answer to #37 is yes, where is the record of the evidence filed?
39. Is there any evidence that Respondents collectively or severally have *in personam* jurisdiction over the living man, Edward-Lewis:Brown© and/or the living woman, Elaine-Alice:Brown©?
40. If the answer to #39 is yes, where is the record of the evidence filed?
41. To establish accountability for the restraint, you are hereby commanded to exhibit at the hearing a copy of the following requisite employment documents:
    [1] Oath of Office [80 Stat. 424 (5 U.S.C. §3331)]
    [2] Officer Affidavit and/or Employee Affidavit [80 Stat. 424 (5 U.S.C. §3332), 80 Stat. 424 (5 U.S.C. §3333) respectively]
    [3] Surety Bond [80 Stat. 411 (5 U.S.C. §2901) and (D.C. Code 11-7040)]
    [4] Registration [109 Stat. 699 (22 U.S.C. §611) and 80 Stat. 245 (22 U.S.C. §612)]
42. Is there any evidence that a controversy existed between the United States and EDWARD BROWN©, ELAINE BROWN© subsequent to June, 2008/February 19, 2009, when Edward-Lewis:Brown© and/or Elaine-Alice:Brown© accepted for value judgment, hereinafter "Offer", issued by legal fiction JAMES STARR, d/b/a Clerk of Court/Stephen McAuliffe and George Z. Singal, d/b/a judges, United States District Court of New Hampshire, on or about January 16, 2007/July 9, 2009 in the matter generally known as Case # 06-CR-00071-01/02-SM; 09-CR-00030-01/02-GZS?
43. If the answer to #42 is yes, where is the record of the evidence filed?

## RIGHT OF ACTION/CAUSE OF ACTION

44. Is there any evidence that Respondent(s) collectively or severally have a registered perfected security interest in any of Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, collateral, interests or concerns?
45. If the answer to #44 is yes, where is the record of the evidence filed?

46. If the answer to #44 is yes, you are hereby commanded to exhibit at the hearing evidence of same at the hearing or evidence of exemption from the requirement to exhibit such a security interest.
47. If the answer to #44 is yes, is there any evidence that Respondent's security interest is superior to Edward-Lewis:Brown©'s and/or Elaine-Alice:Brown©'s perfected security interest in legal fiction, EDWARD BROWN© AND/OR ELAINE BROWN©?
48. If the answer to #47 is yes, where is the record of the evidence filed?
49. Is there any evidence that Respondent(s) collectively or severally are holder(s) in due course of any lawful lien against Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, their property, collateral, interests or concerns?
50. If the answer to #49 is yes, where is the record of the evidence filed?
51. Is there any evidence that Respondent(s) collectively or severally have a verified lien right against Edward-Lewis:Brown© and/or Elaine-Alice:Brown©, their property, collateral, interests or concerns?
52. If the answer to #51 is yes, where is the record of the evidence filed?
53. Is there any evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown© are in breach of fiduciary duty to AGENT(S) of UNITED STATES OF AMERICA?
54. If the answer to #53 is yes, where is the record of the evidence filed?
55. Is there any evidence of the existence of an Affidavit of Obligation of Edward-Lewis:Brown© and/or Elaine-Alice:Brown©to Respondent(s), the United States, or any party to this Writ of Habeas Corpus?
56. If the answer to #55 is yes, where is the record of the evidence filed?
57. Is there evidence of the existence of any records indicating that Respondents, the United States, its AGENT(S)(s)s, associates, representatives and/or assigns provided a response to any of the settlement communications provided by Edward-Lewis:Brown© and/or Elaine-Alice:Brown© during the various administrative dispute resolution procedures offered by Edward-Lewis:Brown© and/or Elaine-Alice:Brown© in the matter generally known as Case # 06-CR-00071-01/02-SM/09-CR-00030-01/02-GZS and all other cases or accounts concerning Respondents and Edward-Lewis:Brown© and/or Elaine-Alice:Brown©?
58. If the answer to #58 is yes, where is the record of the evidence filed?
59. Is there evidence that Edward-Lewis:Brown© and/or Elaine-Alice:Brown© were presented with a notice of deficiency, demand for payment, civil assessment equal to the value of the liabilities attributed to legal fiction, EDWARD BROWN© AND/OR ELAINE BROWN©, or other records which would indicate that Respondent(s) exhausted or attempted their administrative remedy in the matter generally known as Case # 06-CR-00071-01/02-SM/09-CR-00030-01/02-GZS and all other cases or accounts concerning Respondents and Edward-Lewis:Brown© and/or Elaine-Alice:Brown©?
60. If the answer to #59 is yes, where is the record of the evidence filed?
61. If the answer to #59 is no, you are hereby commanded to exhibit evidence at the hearing that Respondent(s) are exempt from the requirement to exhaust their administrative remedies prior to initiating a judicial action at taxpayer expense against Edward-Lewis:Brown© and/or Elaine-Alice:Brown© or their collateral, EDWARD BROWN© AND ELAINE BROWN©?
62. Is there any evidence of a defect in Edward-Lewis:Brown©'s and/or Elaine-Alice:Brown©'s tender of consideration on or about June, 2008 and February 19, 2009 such that said tender failed to settle and close the matter generally known as Case # 06-CR-00071-01/02-SM/09-CR-00030-01/02-GZS and all other cases or accounts concerning Respondents and Edward-Lewis:Brown© and or Elaine-Alice:Brown©?
63. If the answer to #62 is yes, where is the record of the evidence filed?
64. If the answer to #62 is yes, you are hereby commanded to exhibit at the hearing a notice of dishonor, certificate of protest or other evidence of a defect issued by the drawee of the tender.

NOTICE: These questions are formulated and asked by Edward-Lewis:Brown© and Elaine-Alice:Brown© of their own free will and deed with the intent to determine the nature and cause of the actions or restraint of freedom/liberty imposed by AGENT(S) of UNITED STATES OF AMERICA upon the undersigned Claimant, Edward-Lewis:Brown© and Claimant, Elaine-Alice:Brown©, living souls, man/woman.

_____
Edward-Lewis:Brown©, Claimant, real party of interest under injury

_____
Elaine-Alice:Brown©, Claimant, real party of interest under injury