## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Docket No. 09-30-GZS |
| EDWARD BROWN and ELAINE BROWN, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON RECIEPT AND DOCKETING OF PAPER BY NONPARTIES

The only papers that are to be docketed in the above captioned case are those sent via the United States Postal Service from Elaine Brown or Edward Brown or from counsel of record in the case.  Any paper received by the Clerk of Court from a nonparty shall not be deemed filed unless accompanied by a motion for leave to file and this Court grants such motion.  The Clerk of Court is directed to refuse to receive, file, or docket, without prior order of this Court, any such paper submitted by a nonparty.

                                                                        _George Z. Singal_____
                                                                    United States District Judge

Dated this 3rd day of November, 2009.