UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                                    Criminal No. 09-cr-30-02-GZS

<u>Elaine Brown</u>

<u>CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS</u>

    I, Deborah A. Eastman-Proulx, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    DOCUMENT:   Notice - No Exhibit Designation Filed

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, November 9, 2009.

**JAMES R. STARR**, Clerk

<u>By: /s/ Deborah A. Eastman-Proulx, Deputy Clerk</u>

cc:    Arnold Huftalen, Esq.
        Terry Ollila, Esq.
        Bjorn Lange, Esq.