UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

JAN 11 2010

v.

Cr. No. 09-030-01-GZS

FILED

Edward Brown

### GOVERNMENT'S EXHIBIT LIST for SENTENCING HEARING

| TRIAL EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 30a-40 | Photograph of rack in master bedroom closet |
| 30a-41 | Photograph of rack in master bedroom closet |
| 30a-42 | Photograph of rack in master bedroom closet |
| 30a-67 | Photograph of shelves in 2d floor hallway |
| 30a-68 | Photograph of shelves in 2d floor hallway |
| 30a-89 | Photograph of firearms and ammunition in master bedroom |

January 8, 2010

Respectfully submitted,

John P. Kacavas
United States Attorney

By: /s/

Arnold H. Huftalen
Assistant United States Attorney
NH Bar No. 1215
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
(603) 225-1552

By: /s/

For Terry L. Ollila
Assistant United States Attorney
NH Bar No. 560603
53 Pleasant St., 4th Floor
Concord, New Hampshire 03301
(603) 225-1552

## Certificate of Service

      I hereby certify that on January 8, 2010, I caused this Government's Exhibit List to be filed conventionally and sent via electronic mail to attorney Michael Iacapino, counsel for Edward Brown.

                                                             Arnold H. Huftalen
                                                             Assistant U. S. Atorney