EXHIBIT 1

VERIFICATION OF BROKEN WRIST

MEDICAL RECORDS FROM DANBURY, 2007

# FEDERAL CORRECTIONAL INSTITUTE

DANBURY RADIOLOGICAL ASSOCIATES, P.C.
INTERPRETATION OF OUTSIDE FILMS

NAME: BROWN, ELAINE
DATE: 11/05/2007
DOB:
NUMBER: 03924-049
REFERRING M.D.: Robert Greene, M.D.
CC:

**RECEIVED NOV - 9 2007 Managed Care Dept.**

## LEFT WRIST, 11/05/07:

CLINICAL HISTORY: Old injury several months old, patient did not initially seek treatment and was not at Danbury FCI at the time of her injury. Since the time of the study, orthopedic consultation is being sought.

FINDINGS: The film is presented for review and dictation 11/06/07.

AP, oblique, and lateral views of the left wrist demonstrate a distal radial mildly comminuted and mildly impacted fracture which appears to extend to the articular surface. There is no significant displacement. The radiocarpal joint appears preserved. There is also a small fracture of the ulnar styloid process with minimal displacement measuring approximately 1.5 mm. The alignment of the wrist is generally maintained. There is osteopenia, limiting evaluation for fracture. No acute wrist fracture is evident.

NOV 1 6 2007

Robe... ... Gre... Jr. M.D
OB G\ N Medical O... ...cer
FCI Danb... y

## IMPRESSION:

**Distal radial mildly impacted and somewhat comminuted fracture is noted and does not appear acute. No significant displacement. The fracture appears to extend to the articular surface, though the radiocarpal joint space appears preserved. Ununited small ulnar styloid process fracture is noted, as above. There is osteopenia, limiting evaluation for fracture.**

**FCI staff is already aware of the above findings.**

Barbara S. Blanco, M.D.
Danbury Radiological Associates, P.C.
D: 11/06/2007 18:42:37 Job#: 1748436      T: 11/06/2007 20:59:28/227829
Document authenticated by Barbara S. Blanco, M.D., on 11/07/2007 07:05:14 ET

"SENSITIVE BUT UNCLASSIFIED"

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION |
|---|---|
| 3/14/08 1400 | X-ray report reviewed. Has [illegible] Hx post menopausal, (R) wrist Fx, and COPD. Patient informed about her condition and she is currently taking Calcium w/ Vit D from Commissary. Will schedule for DEXA scan. To determine T-score – [illegible]. — Cesar Villa, MLP |
| 3/28/08 1530 | Admin note: Seen in Ortho Clinic today. To use splint for (R) wrist PRN, activity as tol. F/U PRN. — B. Ritter, HSA |

T. Sanders, M.D.
LCDR U.S.P.H.S
Clinical Director
FCI Danbury           4.14.08

OR MEDICAL FACILITY: nbury
S NAME: Brown, Elaine
03924-045

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1