EXHIBIT 2

Pg ID11, kk FROM INDICTMENT

hh. Beginning at a date uncertain, but between in or around January 2007 and October 4, 2007, defendant, **Edward Brown**, possessed, actually and constructively, firearms including, but not limited to, a Colt Model 1911, .45 cal. handgun, bearing what purported to be the serial number A5748 and the firearms listed herein at paragraphs 10b, 10d, 10n, 10o, 10p, 10q, 10t, 10u, 10v, 10bb, 10cc, 10ii, 10jj & 10kk.

ii. From dates uncertain but as early as February 2007 through October 4, 2007, defendant, **Elaine Brown**, possessed, actually and constructively, firearms including, but not limited to, a Glock model 17 .40 cal. handgun, serial number AND951US and the firearms listed herein at paragraphs 10b, 10d, 10n, 10o, 10p, 10q, 10t, 10u, 10v, 10bb, 10cc, 10hh, 10jj & 10kk.

jj. On or about October 4, 2007, defendant, **Edward Brown**, held and pointed an assault rifle at undercover Deputy U.S. Marshals.

kk. On or about October 4, 2007, the defendant, **Elaine Brown**, held an assault rifle while in the presence of undercover Deputy U.S. Marshals.

All violation of Title 18, United States Code, Section 372.