EXHIBIT 3

PROGRESS REPORT FROM MS. GREEN,

CASE MANAGER, ALICEVILLE FCI

Name: **BROWN, ELAINE**                                                                                          RegNo: **03924-049**

## ACADEMIC        *** Disregard Response Summary and utilize only the Progress & Goals section ***

No progress has been made towards previously set goal.

Enroll, participate, and complete an ACE class of choice offered through the Education Department by next review date.

PREVIOUS TEAM: 20131009

You are encouraged to enroll in at least one ACE class before your next program review. Current courses being offered are Music Business, Electronic Law Library, FDIC Financial Education, Leadership, Public Speaking, Basic Math Skills and Investing.

PREVIOUS TEAM: 20140319

Brown is not currently taking any ACE courses.  You are still encouraged to enroll in at least one ACE class before your next program review in September 2014.

PREVIOUS TEAM: 20140912

Brown followed previous recommendations and enrolled in U.S. History. Recommend she enroll in another ACE course of interest by next team in March 2015.

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>ⓘ unemployed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Other, specify.... Dentist, registered with the New Hampshire Board of Dental Examiners, License No. 2272.<br><br>ⓘ realistic career/job goals upon release<br>ⓘ seeking position: Dentist<br>⊕ has more than two years work experience in this field<br>⊕ has an education degree related to this field |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>    Eval: 03-19-2014 Good<br>    Eval: 02-28-2014 Good<br>    Eval: 01-31-2014 Good<br>    Eval: 12-31-2013 Good<br>    Eval: 11-29-2013 Good<br>    Eval: 10-31-2013 Good |
| ❗ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ unable to locate employment<br><br>⊖ no release documents obtained to date |

| Department of Justice | Federal Bureau of Prisons |
|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **PROGRESS REPORT: 10-17-2014** |

**VOCATIONAL/CAREER**   \*\*\* Disregard Response Summary and utilize only the Progress & Goals section \*\*\*

| Progress and Goals |
|---|
| PREVIOUS TEAM: 20100512<br><br>continue to work<br><br>PREVIOUS TEAM: 20101102<br><br>Maintain Job as Unit Orderly with good work performance evaluations.<br><br>PREVIOUS TEAM: 20110429<br><br>Maintain Job as Unit Orderly with good work performance evaluations.<br><br>PREVIOUS TEAM: 20111025<br><br>Goal accomplished: Maintains job as Unit Orderly with good work performance evaluations.<br><br>Recommendation: Maintain job as Unit Orderly with good work performance evaluations.<br><br>PREVIOUS TEAM: 20120417<br><br>Goal accomplished: Maintains job as Unit Orderly with good work performance evaluations.<br><br>Recommendation: Maintain job as Unit Orderly with good work performance evaluations.<br><br>PREVIOUS TEAM: 20121013<br><br>Goal accomplished: Maintains job as Unit Orderly with good work performance evaluations.<br><br>Recommendation: Maintain job as Unit Orderly with good work performance evaluations.<br><br>PREVIOUS TEAM: 20121221<br><br>Upon Completion of Admissions and Orientation (A&O) Program and medical clearance, obtain and maintain a work detail assignment, earning good work reports through next team review date. |
| PREVIOUS TEAM: 20130517<br><br>No progress has been made towards previously set goal.<br><br>Upon Completion of Admissions and Orientation (A&O) Program and medical clearance, obtain and maintain a work detail assignment, earning good work reports through next team review date.<br><br>PREVIOUS TEAM: 20131009<br><br>Receive good or outstanding work performance evaluations from your Supervisor through next program review in March 2014.<br><br>PREVIOUS TEAM: 20140319<br><br>Continue to receive good or outstanding work performance evaluations from your Supervisor through next program review in September 2014.<br><br>PREVIOUS TEAM: 20140912<br><br>Supervisor Observation: Mrs. Brown is a Leisure Library clerk. She is very polite and helpful to staff and other inmates. Mrs. Brown is always willing to change shifts, or cover for someone that may have class, visits, church, or any other situations that may cause them to miss their time of work. Mrs. Brown is very dependable when it comes to being at work. The only times she has missed work was when she sustained an injury to her hip. Mrs. Brown never complains about having to be at work or about the work she must complete. She is an asset to the education department. |

| Department of Justice | Federal Bureau of Prisons |
|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **PROGRESS REPORT: 10-17-2014** |

**CHARACTER**         *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Progress and Goals

PREVIOUS TEAM: 20100512

Received a code 219A on 2-3-2010

PREVIOUS TEAM: 20101102

No management concerns.

PREVIOUS TEAM: 20110429

No management concers although you recieved one two hundred level incident report for stealing. This incident report is being appealed.

PREVIOUS TEAM: 20111025


PREVIOUS TEAM: 20120417

Staff Observation: staff has advised that you are a hard worker, always willing and happy to lend a helping hand. You are extremely dependable and come highly recommended for any job that need to be done around the unit. Thank you for your dedication and hard work.

PREVIOUS TEAM: 20121013

Supervisor Observation: Ms. Brown arrived at the Administrative Unit on October 29,2009. During the last eighteen (18) months, she has maintained clear conduct, received outstanding work rating, maintained a good rapport with staff and inmate peers, and has actively participated in unit programs. Her level of responsibility over the past eighteen (18) months indicates she no longer requires the security and supervision levels provided by the Administrative Unit.

Staff Observation: staff has advised that you are a hard worker, always willing and happy to lend a helping hand. You are extremely dependable and come highly recommended for any job that need to be done around the unit. Thank you for your dedication and hard work.

PREVIOUS TEAM: 20121221

Establish positive relationships with inmate peer population, and cultivate credible rapport with facility staff by next review date.

PREVIOUS TEAM: 20130517

Is currently enrolled in the Fundamentals of Christianity Class. The Fundamentals of Christianity Class is a re-entry class offered from a faith-based perspective by the Religious Services Department and facilitated by the Chaplain. K. Dawson, Mentor Coordinator

Continue progress with RPP Christianity courses.

CURRENT:

Has successfully completed The Fundamentals of Christianity Class earning 20 RPP hours on her Educational Transcript and a certificate of completion. The Fundamentals of Christianity Class is a re-entry class offered from a faith-based perspective by the Religious Services Department and facilitated by the Chaplain.

PREVIOUS TEAM: 20131009

Has successfully completed The Fundamentals of Christianity Class earning 20 RPP hours on her Educational Transcript and a certificate of completion. The Fundamentals of Christianity Class is a re-entry class offered from a faith-based perspective by the Religious Services Department and facilitated by the Chaplain.

PREVIOUS TEAM: 20140319

Unit team encourages you to participate in a self-help, improvement class or in a positive religious activity through Education, Psychology or Religious Services by next team in September 2014.

| Department of Justice | Federal Bureau of Prisons |
|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **PROGRESS REPORT: 10-17-2014** |

**DAILY LIVING**        *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Progress and Goals

PREVIOUS TEAM: 20101102

Daily living skills includes the displaying of independent living skills commensurate with institution or community. Opportunities to include maintenance of a clean residence, a reasonable budget, appropriate personal hygiene and appearance.

Goal(s) accomplished since last program review: There is no documentation to show that Ms. Brown has enrolled, participated, or completed any recreational programs since her last program review in May 2010.

Goal(s): Enroll in any ACE class of your choice

Your long term goal(s) is to maintain clear conduct.

reviewed 407/408 current
Cost Of Incarceration Fee waived
DNA counseled
I.D. on File: NO IDENTIFICATION ON FILE

***Staff observation: Staff has advised that you are a model inmate, I suggest you mentor inmates who are having adjustment issues. Keep up the good work.

PREVIOUS TEAM: 20110429

Goal(s) accomplished since last program review: Completed ACE NUTRITION ADMIN UNIT and ADMN. UNIT BEG. CROCHET CLASS

Goal(s): Enroll in any ACE class of your choice

Your long term goal(s) is to maintain clear conduct thru 11/2042.

reviewed 407/408 current
Cost Of Incarceration Fee waived
DNA counseled
I.D. on File: NO IDENTIFICATION ON FILE

***Staff observation: Staff has advised that you are a model inmate, I suggest you mentor inmates who are having adjustment issues. Keep up the good work.

PREVIOUS TEAM: 20111025

Goal accomplished: Did not enroll in any ACE class of choice. Clear conduct since 02-2010. Made two Financial Responsibility Program (FRP) payments of $25.00.

Recommendation: Make two FRP payments of $25.00.

Reviewed 407/408-current

PREVIOUS TEAM: 20120417

Goal(s) accomplished since last program review: Maintained a high level of personal hygiene and sanitation in the unit. Made two FRP payments.

Goal(s): Maintain clear conduct. Maintain daily sanitation and hygiene. Keep room and uniform neat and clean. Make two FRP payments of $25.00.

PREVIOUS TEAM: 20121013

Goal(s) accomplished since last program review: Maintained a high level of personal hygiene and sanitation in the unit. Made two FRP payments.