EXHIBIT 6

LETTER FROM PETITIONER'S BROTHER, GEORGE L. BERNIER

10725 East 63rd Street
Indianapolis, IN 46236
September 20, 2014

Dear Judge Singal

I am writing to you in regards to my sister, Elaine A. Brown, in the hope that I might provide you with some mitigating circumstances concerning her post conviction relief petition.

Since Elaine was charged, convicted and sentenced in federal court, my life, and the lives of my family members, as well as hers, have been a nightmare. In fact, since she married her codefendant, Edward Brown several years earlier, our lives have been nothing but turmoil. I feel he was the catalyst that corrupted Elaine's very core. Since I was a young boy, I was virtually raised by my sister since our parents both worked outside of the home. The core values she taught me have remained a part of me since we were kids . . . most specifically she taught me to be strong in my convictions of right over wrong, but to always temper that strength with compassion. Those were the very traits that I took with me into the military and into my twenty-five year tenure as a Los Angeles police officer. I have retained those same values to this day, and I will never understand how a person as evil as Ed Brown could influence my sister into believing that what they did was righteous. I have always known, as now does Elaine, that what she did was as criminal as it gets, but knowing her psyche better than anyone, I will tell you that in spite of her extreme intelligence, logic and compassion for others, my sister has always had a terrible self image of herself . . . especially when it comes to the men in her life. No one that knows Elaine could have imagined or predicted that she would have ever been a part of what transpired.

I watched with total disbelief how Ed methodically controlled and manipulated my sister in every aspect of their marriage, and how he progressed into a maniacal, delusional, cumulative, downward spiral regarding "THEM". When I asked him to define who "THEM" were, he professed "THEY" were the federal government, the police, religious entities like the Jews and the Jesuits, the Free Masons, the Illuminati . . . you name it. He also proclaimed to me that he lived for and embraced confrontation. He was totally obsessed with assault weapons and could never understand why I didn't always carry my police service weapon with me off duty. Throughout their marriage, Ed never worked a day in his life, while my sister continued to earn an income with her dental practice and herbal healing

practice. She provided Ed with all the money he wanted to further his delusional activity. As he tried to impose his values on me, our family and anyone that would listen we turned our backs on him. Unfortunately, Elaine chose to take her husband's side; consequently, we severed ties with her as well, and that is a decision that I have regretted every day since. I truly feel I could have influenced Elaine to abandon Ed right up to the very end of their stand off with the Federal Marshall Service. I now wish I had gone onto their property, and physically removed her. Then, if I had stayed a part of her life, and applied the values of strength to do the right thing and compassion, the very virtues she instilled in me, I believe she would have forgone her illogical thinking and the tragedy that befell her would have had a much different outcome. I failed her when she needed me the most, and she realized what Ed Brown was all about far too late to save herself.

Judge Singal, I am imploring you to examine my sister's situation as it is now. There is no excuse for what Elaine did; she realizes that more than anyone. Please consider where her heart and mindset are today. I am respectfully asking you to look at her serious health issues, her desire and inability to harm anyone, and her ability to contribute to the world outside of prison during the limited time on earth she has left. Elaine has so much positive energy to offer the world and a family that dearly loves her. If you can find it in your heart to release her, I will take full responsibility for her health care, financial sustainability and welfare. And, Judge Singal, you have my promise that I will assure she complies with whatever post conviction release sanctions that you would impose upon her.

Thank you, your Honor, for taking the time to review Elaine's petition for post conviction relief and sentence modification, and for allowing me to present to you my thoughts regarding my sister as I know her.

Yours truly,

*George L. Bernier*

George L. Bernier

---

GEORGE L. BERNIER APPEARED BEFORE ME ON SEPTEMBER 22, 2014.

STATE OF INDIANA
MARION COUNTY

P.A. BROWN
NOTARY
EXP. DATE 12-1-14