EXHIBIT 7

LETTER FROM PETITIONER'S SON, DAVID HATCH-BERNIER

David Hatch-Bernier

September 17, 2014

To the Honorable George Z Singal:

I am writing on behalf of my mother, Elaine Brown. Mrs. Brown was in my custody during the original tax evasion case in 2006-2007. I was able to spend a great deal of time with my mother while she was with me, and witnessed a progression of emotions as she was separated from her husband, Edward L Brown, during the trial in Concord, NH.

Each day I would take her from my home in central Massachusetts to the trial in Concord and back, a two hour ride each way. Although Ed stopped attending his trial, my mother continued to defend herself on her own. Each evening after dinner, my mother would call Ed at their home in Plainfield to fill him in on what had transpired that morning in court, and he would say such hurtful things to her. Daily, he would berate her for staying under the supervision of the marshals with her electronic monitoring ankle bracelet. He accused her of "betraying him" and she would always end up in tears for the rest of the night. Nightly, I could hear her crying in her bedroom trying to get to sleep. I did not ever listen to the conversations, nor was I ever privy to a word-by-word account of everything said, but my mother did tell me that Ed was making her feel like she was abandoning him, although she was the one being responsible and defending the two of them in court. He got her so worked up each day, as if she didn't already have enough to worry about, that I had to bring her to my doctor in Worcester because she was having such horrible panic attacks. One day he told her that "[he would] see her on the other side." We both took that to mean that he was going to get involved in a fatal incident or kill himself. It was shortly thereafter that she went back to Plainfield, in violation of the court's orders. My personal belief is that she was hoping to prevent a deadly event, even though she knew it would put her further into legal jeopardy.

These events were all terribly out of character for my mother. Anyone who ever met my mother can tell you she is very logical and carefully considers all possible outcomes when making any major decision. However, when it came to her husband, love truly was blind. She was so eager to please Ed that she allowed him to coerce her into doing things she would never do on her own. The original tax case, then more so the weapons incident, are two things my mother is absolutely incapable of executing on her own.

I am writing in hopes that when considering my mother's motion for a reduction in her sentence, you consider the type of person she truly is. My mother is no threat to society. She is generous to a fault, having helped many people in her community start their own businesses by giving them space in her office building, by giving them money to buy their first house, by taking stray animals into her home, and by being a good friend to those who needed nothing more than a sympathetic ear. I beg of you to consider the reduction of my mother's sentence so she can continue doing good things for others. I assure you she is no threat to anyone. At 73 years of age, she wants nothing more than to play the piano, go to church, sew, and spend her golden years with her family.

I thank you for your time and consideration.

Warm Regards,

David Hatch-Bernier

Subscribed and Sworn to me this 17 of September 20 14 by David Hatch-Bernier who provided us proof of identity

Notary Public Commonwealth of Massachusetts
my commission expires: Nov. 3 2017