EXHIBIT 8

LETTER FROM PETITIONER'S DAUGHTER, BETHANY HATCH

To:  October 2014
Judge George Z. Singal
United States District Judge


Dear Judge Singal-

My name is Bethany Hatch and I am Elaine Brown's daughter. She is currently incarcerated for tax evasion and a multitude of charges related to the prevention of the US Marshall to her arrest.

At this time, Elaine has been incarcerated for about 5 years of her 35 year sentence. I am writing to you now as her sentence does not seem right as her husband, Ed Brown, was the one leading the decisions that resulted in this case going to court. I am hoping you can take into account some information from her family members on who Elaine is separate and apart from who she was portrayed as during her trial as she was portrayed as an active participant in the charges brought against her.

I am not writing to simply showcase Ed Brown's flaws but I want to let you know the Elaine Brown before him and what she is like without him around.

She has never broken a law, was a successful dentist on her own accord and efforts and was/is an honorable person and an overall nice woman. She and I would vacation together annually outside of the US, and have a great time and meet new people and make friends. Also, my mother had her dental practice that was successful and her staff and patients loved her. What they did not love was getting berated by Ed when they went to the office. This was a place of business and a medical office where people should not be getting lectured on a person's own thoughts of the United States Government. Ed was so forceful, many of his staff members loathed going to a job they once loved for a woman they respected. His actions alienated more and more people from them and resulted in her having fewer and fewer people to interact with.

Ed Brown has been a master manipulator when it has come to my mother. He became a very aggressive force around her since the day he moved in with us back in the 1980s. Most of her friends quickly disappeared from her life and our relationship has definitely been strained and tense because of him. Ed needed to be part of every conversation and decision that she was having and quickly Ed's rantings of his opinions on government and other life issues because too much for people to take. And they simply stopped speaking with my mother.

My mother would never, ever have done any of these things she was charged with if it weren't for Ed Brown. Again, she was a successful dentist and that alone took up a lot of her time. Her hobbies are gardening, knitting, cooking and reading; not stockpiling weapons or anything even remotely similar to that. Ed Brown stopped working not too long after they moved to New Hampshire and that is when he turned his focus onto his disdain for the government. He was relentless with my mother about how she

should run her business and build the home (which she paid for since he had no money and would not work). I cannot remember ever having a conversation with Ed that did not result in his view of the government; it was really tough to be in the same room with him. My mother always did the polite thing and let him speak. She was brought up to not interrupt someone when they were speaking.

I hope you take in account the letters you get on my mother's behalf and seriously consider revisiting her sentence. At 73 years old, my mother doesn't have the desire to continue on with the plight of taxes or any other issue that she was charged for – those were all Ed Brown's issues, not hers. Additionally, she doesn't have physical stamina or the resources, be it networking or financial, to continue that, either. She lost everything she ever worked for and now simply wants to spend her remaining days with her children. Although I am 44 years old, I still need my mother and I have the capabilities to take care of her if she gets released so there will be no strain on anyone to support her.

I often wonder that if my mother and Ed had separate trials, if her sentencing would have been much different as it was really his influence and decision making that led to their arrest and their charges.

I thank you in advance for reading my letter and considering some sentence reduction for her.

Sincerely

Bethany Hatch

JANICE M. ARCHER
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires March 26, 2017